FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AREL PRICE,<br><br>              Petitioner,<br><br>   v.<br><br>STEVEDORING SERVICES OF AMERICA, INC.; EAGLE PACIFIC INSURANCE COMPANY; HOMEPORT INSURANCE CO.; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,<br><br>              Respondents. | No. 08-71719<br><br>OWCP No. 07-0567<br><br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.